# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-1746

_____

United States of America

*Plaintiff - Appellee*

v.

Tarnell T. Beverly

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: December 1, 2014
Filed: December 8, 2014
[Unpublished]

_____

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Tarnell Tavon Beverly directly appeals the judgment the district court[1] entered
in his criminal case. Counsel has filed a brief under *Anders v. California*, 386 U.S.

---

[1]The Honorable John A. Ross, United States District Judge for the Eastern
District of Missouri.

738 (1967), in which counsel argues that Beverly should not have been assessed criminal history points for a 2011 conviction for driving on a suspended license, for which he was sentenced to 60 days in jail with credit for time served. Beverly withdrew his objection to this issue at sentencing, and he has not established that the court's criminal history calculation was plain error. *See United States v. Callaway*, 762 F.3d 754, 759 (8th Cir. 2014) (procedural errors not objected to at sentencing are reviewed for plain error); *United States v. Booker*, 639 F.3d 1115, 1119, 1121 (8th Cir. 2011) (holding that challenges under plain-error review failed, as alleged sentencing errors were subject to reasonable dispute, and not "clear or obvious").

An independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), reveals no nonfrivolous issues for appeal.

The judgment is affirmed.

_____